Dismissed and Memorandum Opinion filed January 29, 2009








Dismissed
and Memorandum Opinion filed January 29, 2009.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00685-CR

NO. 14-08-00686-CR

____________

 

EX PARTE MARCUS
DUFFY-THOMPSON

 

 



 

On Appeal from the 228th District
Court

Harris County, Texas

Trial Court Cause Nos. 1174254
& 1174255

 



 

M E M O R A N D U M   O P I N I O N








These
are appeals from the denial of appellant=s pre-trial applications for writ of
habeas corpus seeking bond reduction.  This Court has been advised that
appellant has pleaded guilty in each case and has been sentenced to confinement
in the Institutional Division of the Texas Department of Criminal Justice for
forty years, with the sentences to be served concurrently.  Appellant=s pleas render the issue of pretrial
bond moot.  See Ex parte Morgan, 335 S.W.2d 766, 766 (Tex. Crim. App.
1960); Ex parte Bennet, 818 S.W.2d 199, 200 (Tex. App.CHouston [14th Dist.] 1991, no pet.)
(stating that Awhere the premise of a habeas corpus application is destroyed by
subsequent developments, the legal issues raised thereunder are rendered moot.@).  

Accordingly,
we dismiss these appeals as moot.  

 

PER CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore. 

Do Not Publish C Tex. R. App. P. 47.2(b).